UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21624-Civ-COOKE/GOODMAN

MSP RECOVERY CLAIMS, SERIES LLC,
and MSPA CLAIMS 1, LLC,

    Plaintiffs,

vs.

MGA INSURANCE COMPANY, INC.,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING
CASE ON NOTICE OF SETTLEMENT**

THIS MATTER is before the Court on the Parties' notice of settlement (ECF No. 89). The parties have conditionally settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or moving for dismissal under Rule 41(a)(2).

A stipulation of final dismissal, or a motion for dismissal, must be filed within 15 days of this Order. In the event a stipulation of final dismissal is filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they ***must condition the effectiveness of the stipulation*** on this Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk will ***administratively* CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 14th day of April 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*