UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-Civ-21624-COOKE/GOODMAN

MSP RECOVERY CLAIMS, SERIES LLC,
MSPA CLAIMS 1, LLC, and MSP RECOVERY
CLAIMS SERIES 44, LLC,

    Plaintiffs,

vs.

MGA INSURANCE COMPANY, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE AGREEMENT

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Joint Stipulation of Dismissal with Prejudice (ECF No. 93). Each party shall bear its own costs and fees. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 20th day of May 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*